# United States District Court for the Northern District of Illinois 

Case Number: **06C3496**     Assigned/Issued By: **JT.**

## FEE INFORMATION

**Amount Due:**

- [ ] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [ ] Other _____
- [ ] $455.00

No. Service copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

## ISSUANCES

- [X] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Abstract of Judgement
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Writ _____ (Type of Writ)

(Victim and $ Amount)

Original and **1** copies on **6/28/06** as to **Def.**
(Date)

C:\wpwin80\docket\feeinfo.frm    04/07/05